**STATE of Maine**

**v.**

**Laura M. DANA.**

Supreme Judicial Court of Maine.

Argued Sept. 6, 1988.

Decided Oct. 21, 1988.

Michael E. Povich, Dist. Atty., Mark L. Randall (orally), Asst. Dist. Atty., Calais, for plaintiff.

Michael J. Burns (orally), Bridgton, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

The State appeals pursuant to 15 M.R.S. A. § 2115–A(1) (1979) from an order of the Superior Court (Washington County, Silsby, J.) suppressing the results of a breath test administered to defendant because of the failure of a police officer to appear as a witness at the time of hearing. We find no abuse of discretion on the facts set forth in this record. *See State v. Mason*, 408 A.2d 1269, 1272 (Me.1979).

The entry is:

JUDGMENT AFFIRMED.

All concurring.